UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK

---

CAROLE A. REILLY,
*as Trustee of the Lloyd Family
Irrevocable Trust*, *et al.*,

                        Plaintiffs,

-v-

STATE FARM FIRE AND CASUALTY
COMPANY,

                        Defendant.

20-CV-2046 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      This case was removed from New York Supreme Court, New York County, on March 6, 2020. Counsel for the plaintiffs is directed to file an appearance with this Court no later than March 27, 2020.

      Counsel for the defendant shall serve a copy of this order on counsel for the plaintiffs by March 20, 2020.

      SO ORDERED.

Dated: March 10, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge